Post-BAPCPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. 2-09-26614-PHX-RTB

William/Marilyn Wise )

) **INDIVIDUAL DEBTOR ENGAGED IN**
) **BUSINESS MONTHLY REPORT**
)
) MONTH OF June - 2010
)
) DATE PETITION FILED: 10-22-09
)
Debtor(s) ) TAX PAYER ID NO.: xxx-xx-6697

Nature of Debtor's Business: Insurance Agency
Nature of Co-Debtor's Business: Seamstress

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_[signature]_      _[signature]_
ORIGINAL SIGNATURE OF DEBTOR      ORIGINAL SIGNATURE OF CO-DEBTOR

William J Wise      Marilyn M Wise
PRINTED NAME OF DEBTOR      PRINTED NAME OF CO-DEBTOR

7/14/10      7/14/10
DATE      DATE

PREPARER: _[signature]_

ORIGINAL SIGNATURE OF PREPARER      Debtor
     TITLE

William J Wise
PRINTED NAME OF PREPARER      7/14/10
     DATE

PERSON TO CONTACT REGARDING THIS REPORT: Bill Wise

PHONE NUMBER: 480-924-4070
ADDRESS: 310 W. San Pedro Ave
Gilbert, AZ 85233

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

Case Number: 2-09-2664-PHX-RTB

# DBA BUSINESS ENTITY

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| Attach a copy of the Bank Statements to the Report | BANK ACCOUNTS | | | Total |
|---|---|---|---|---|
| | Operating # 940-9 | Payroll # | Tax # | |
| Balance at Beginning of Period | 2337.78 | | | |
| **RECEIPTS** | | | | |
| Cash Sales | | | | |
| Accounts Rceivable - Prepetition | | | | |
| Accounts Rceivable - Postpetition | | | | |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | | | |
| Other (attach list) | | | | |
| COMMISSIONS/PREMIUMS | 17388.59 | | | |
| TOTAL RECEIPTS | 17388.59 | | | |
| **DISBURSEMENTS** | | | | |
| Business - Ordinary Operations | | | | |
| Capitol Improvements | | | | |
| Pre-Petition Debt | | | | |
| Transfers to Other DIP Accounts | | | | |
| Other (attach list) | | | | |
| | | | | |
| | | | | |
| Reorganization Expenses: | | | | |
| Attorney Fees | | | | |
| Accountant Fees | | | | |
| Other Professional Fees | | | | |
| U. S. Trustee Quarterly Fee | | | | |
| Court Costs | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS** | 15291.03 | | | |
| Balance at End of Month | 4435.34 | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 15291.93 |
| Less: Transfers to Other DIP Accounts | 2800.- |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Disbursements for Calculating Quarterly Fees (carry forward to page 2) | 12491.93 |

Case Number: 2-09-26614-PHX-RTB

# DISBURSEMENT DETAIL
(Business Entity)

Month: JUNE/2010
Account # 940-9
Bank Name: NATIONAL BANK OF AZ

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |

SEE ATTACHED

| Total checks listed on this page | |
| Total checks listed on continuation pages | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |

07/13/2010 03:00 FAX 480 924 2981     FARMERS INS                    ☒ 007/013

Activity - National Bank of Arizona

# National Bank of Arizona

| | | | Messages | Prefs | Help | Log Out |
|---|---|---|---|---|---|---|
| SUMMARY | ACCOUNTS | BILL PAY | TRANSFERS | | SERVICES | |
| ○ Balances | ● Activity | ○ eStatements | ○ Search | | | |

## Activity

Use this screen to review transactions for a specific period of time. You can select a different account or period of time.

**Business Freedom Checking - xxx-xx940-9**

View Account:
Business Freedom Checking - xxx-xx940-9

View Transactions:
⦿ From: 05/28/2010  to: 07/14/2010
○ Display [ ] days

Prior Day Balance: $ 2,079.35
Current Balance: $ 2,079.35
Available Balance: $ 2,079.35

[Change View]

\* Note: Debit card transactions will appear as intraday transactions ("in progress") until they clear.

Transactions between 05/28/2010 and 07/14/2010

Printer-Friendly Version

| Date ▼ | Transaction | Description | Status | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|---|---|
| 07/13/2010 | Check 2192 | CHECK | ✓ | $ 1,314.66 | | $ 2,079.35 |
| 07/13/2010 | Check 2191 | CHECK | ✓ | $ 4,165.71 | | $ 3,394.01 |
| 07/13/2010 | Debit | KEVIN DAHLKE INS1000125140236 PPD(***)***-*61THE WISE INSURANCE AGEREF # 010194008077148 | ✓ | $ 113.40 | | $ 7,559.72 |
| 07/12/2010 | Transfer Debit | INTERNET XFER TO DDA WISE WILLIAM ID: 000002585 | ✓ | $ 200.00 | | $ 7,673.12 |
| 07/12/2010 | Debit | UFAA 1237185153UFAA Dues PPD***wisew Wise--Bill REF # 010190007199700 | ✓ | $ 40.00 | | $ 7,873.12 |
| 07/12/2010 | Debit | 2435178JEGQH27L15 8347 FCF*Force Factor Order877-4927243 MA | ✓ | $ 4.99 | | $ 7,913.12 |
| 07/12/2010 | Debit | 2435178JEGQH27M03 8347 FCF*Force Factor Order877-4927243 MA | ✓ | $ 29.95 | | $ 7,918.11 |
| 07/12/2010 | Debit | 0347 P.O.S. PURCHASE SAM'S Club 6605 WAL-SA GILBERT-PH AZ | ✓ | $ 80.43 | | $ 7,948.06 |
| 07/12/2010 | Deposit 7353017 | UNITED HEALTHCAR3362739571COMMISSIONPPD****** WILLIAM J WISE REF # 010193007353017 | ✓ | | $ 1,461.69 | $ 8,028.49 |
| 07/09/2010 | Check 2190 | CHECK | ✓ | $ 30.00 | | $ 6,566.81 |
| 07/09/2010 | Check 2078 | CHECK | ✓ | $ 331.50 | | $ 6,596.81 |
| 07/09/2010 | Check 2186 | CHECK | ✓ | $ 1,000.00 | | $ 6,928.31 |
| 07/09/2010 | ATM Debit | 0347 ATM WITHDRAWAL 1322 SOUTH GILBERT ROA MESA AZ | ✓ | $ 100.00 | | $ 7,928.31 |
| 07/09/2010 | Debit | 0347 P.O.S. PURCHASE LOWE'S #10 734 SOUTH G GILBERT AZ | ✓ | $ 80.32 | | $ 8,028.31 |
| 07/09/2010 | Deposit 6699417 | FARMERS FIN'L 1770530617FFSCOM PPD******* WILLIAM J WISE REF # 010189006699417 | ✓ | | $ 1.38 | $ 8,108.63 |
| 07/08/2010 | Check 2183 | CHECK | ✓ | $ 426.68 | | $ 8,107.25 |
| 07/08/2010 | Check 2189 | CHECK | ✓ | $ 1,383.44 | | $ 8,533.93 |
| 07/08/2010 | Debit | 0347 P.O.S. PURCHASE SAMSCLUB # 1225 N GILB GILBERT-PH AZ | ✓ | $ 16.65 | | $ 9,917.37 |
| 07/07/2010 | Check 2184 | CHECK | ✓ | $ 55.01 | | $ 9,934.02 |
| 07/07/2010 | Check 2185 | CHECK | ✓ | $ 441.75 | | $ 9,989.03 |
| 07/07/2010 | Check 2188 | CHECK | ✓ | $ 1,065.80 | | $ 10,430.78 |
| 07/07/2010 | Debit | NAIFA 1530232489NALU RENEWPPD****** WILLIAM J. WISE, CLU, REF # 010187005704722 | ✓ | $ 40.64 | | $ 11,496.58 |
| 07/07/2010 | Debit | TIME INSURANCE 1390658730INS. PYMNTPPD*******028 WISE INSURANCE AGENCY REF # 010187005759363 | ✓ | $ 548.06 | | $ 11,537.22 |
| 07/07/2010 | Debit | 2473693JB0JF16H6A 8347 GOLDEN CORRAL # 2529 GILBERT AZ | ✓ | $ 26.30 | | $ 12,085.28 |
| 07/07/2010 | Deposit | DEPOSIT | ✓ | | $ 793.06 | $ 12,111.58 |
| 07/06/2010 | Check 2187 | CHECK | ✓ | $ 300.00 | | $ 11,318.52 |
| 07/06/2010 | ATM Debit | 0347 ATM WITHDRAWAL 1322 SOUTH GILBERT ROA MESA AZ | ✓ | $ 100.00 | | $ 11,618.52 |
| 07/06/2010 | Debit | 2416407J9B60XJX4T 8347 KFC X900064 29000643MESA AZ | ✓ | $ 15.22 | | $ 11,718.52 |
| 07/02/2010 | Transfer Debit | INTERNET XFER TO DDA WISE WILLIAM ID: 000002596 | ✓ | $ 1,600.00 | | $ 11,733.74 |
| 07/02/2010 | Debit | 0347 P.O.S. PURCHASE PAUL'S ACE 1927 E. BAS GILBERT AZ | ✓ | $ 14.20 | | $ 13,333.74 |
| 07/02/2010 | Debit | 2463923J6S66KJQ67 8347 CASWELL'S SHOOTING RANMESA AZ | ✓ | $ 52.40 | | $ 13,347.94 |
| 07/01/2010 | Transfer Debit | INTERNET XFER TO DDA WISE WILLIAM ID: 000001823 | ✓ | $ 1,000.00 | | $ 13,400.34 |
| 07/01/2010 | Deposit | DEPOSIT | ✓ | | $ 9,965.00 | $ 14,400.34 |
| 06/30/2010 | Debit | PREMATIC CORP 9615003812INS. PREM PPDMLB*******40 WISE, WILLIAM 88REF # 010180002941822 | ✓ | $ 361.80 | | $ 4,435.34 |
| 06/29/2010 | Debit | 0347 P.O.S. PURCHASE LOWE'S #10 734 SOUTH G | ✓ | $ 17.28 | | $ 4,797.14 |

*END*

| Date | Type | Description | Status | Amount | Balance |
|---|---|---|---|---|---|
| 06/09/2010 | Check 2171 | CHECK | ✓ | $1,393.44 | $893.71 |
| 06/08/2010 | Check 2169 | CHECK | ✓ | $426.68 | $2,287.15 |
| 06/08/2010 | Check 2177 | CHECK | ✓ | $1,314.68 | $2,693.83 |
| 06/08/2010 | Debit | NAIFA 1530232489NALU RENEWPPD******* WILLIAM J. WISE, CLU, REF # 010158004734339 | ✓ | $40.84 | $4,008.49 |
| 06/07/2010 | Check 2168 | CHECK | ✓ | $6.67 | $4,049.13 |
| 06/07/2010 | Check 2173 | CHECK | ✓ | $115.60 | $4,055.80 |
| 06/07/2010 | Check 2170 | CHECK | ✓ | $442.19 | $4,171.40 |
| 06/07/2010 | Debit | TIME INSURANCE 1390658730INS. PYMNTPPD******028 WISE INSURANCE AGENCY REF # 010158004253963 | ✓ | $548.06 | $4,613.69 |
| 06/07/2010 | Debit | 2444500HD8JH0938F 8347 WALGREENS #6062 GILBERT AZ | ✓ | $40.00 | $5,161.85 |
| 06/07/2010 | Debit | 0347 P.O.S. PURCHASE AEROPOSTAL 7400 LAS VE LAS VEGAS NV | ✓ | $42.70 | $5,201.85 |
| 06/07/2010 | Debit | 0347 P.O.S. PURCHASE SAM'S Club 6605 WAL-SA GILBERT-PH AZ | ✓ | $53.93 | $5,244.35 |
| 06/07/2010 | Debit | 2444500HQ8H6W199D 8347 WALGREENS #6062 GILBERT AZ | ✓ | $70.00 | $5,298.28 |
| 06/07/2010 | Debit | 2476197HD7Y8P133M 8347 MOSS MOTORS 805-679-7002 CA | ✓ | $179.25 | $5,368.28 |
| 06/04/2010 | Check 2172 | CHECK | ✓ | $1.70 | $5,547.53 |
| 06/04/2010 | Check 2175 | CHECK | ✓ | $500.00 | $5,549.23 |
| 06/04/2010 | Check 2174 | CHECK | ✓ | $1,065.80 | $6,049.23 |
| 06/04/2010 | Teller Check 2178 | TELLER CASHED CHECK | ✓ | $600.00 | $7,115.03 |
| 06/04/2010 | Debit | 2427074HA8YSQ326A 8347 PODIATRIC PHYSICIANS A480-5050715 AZ | ✓ | $40.00 | $7,715.03 |
| 06/04/2010 | Debit | 2427074HA8YSQ3264 8347 PODIATRIC PHYSICIANS A480-5050715 AZ | ✓ | $71.40 | $7,755.03 |
| 06/04/2010 | Deposit 3256884 | FARMERS FIN'L 1770530617FFSCOM PPD******* WILLIAM J WISE REF # 010154003256884 | ✓ | $1.38 | $7,826.43 |
| 06/03/2010 | ATM Debit | 0347 ATM WITHDRAWAL 1322 SOUTH GILBERT ROA MESA AZ | ✓ | $100.00 | $7,825.05 |
| 06/03/2010 | Debit | 2476197H97Y8J8M2S 8347 MOSS MOTORS 805-679-7002 CA | ✓ | $193.10 | $7,925.05 |
| 06/02/2010 | Check 2167 | CHECK | ✓ | $96.52 | $8,118.15 |
| 06/02/2010 | Transfer Debit | INTERNET XFER TO DDA WISE WILLIAM ID: 000000177 | ✓ | ($2,000.00) | $8,214.67 |
| 06/01/2010 | Check 2166 | CHECK | ✓ | $44.38 | $10,214.67 |
| 06/01/2010 | Transfer Debit | INTERNET XFER TO DDA WISE WILLIAM ID: 000001440 | ✓ | ($500.00) | $10,259.05 |
| 06/01/2010 | Debit | PREMATIC CORP 9615003812INS. PREM PPDMLB*******40 WISE, WILLIAM 88REF # 010152001310235 | ✓ | $360.70 | $10,759.05 |
| 06/01/2010 | Debit | 2422443H530VZ4217 8347 PANDA EXPRESS 1388 MESA AZ | ✓ | $15.34 | $11,119.75 |
| 06/01/2010 | Debit | 0347 P.O.S. PURCHASE THE HOME D 2000 NORTH PAYSON AZ | ✓ | $31.53 | $11,135.09 |
| 06/01/2010 | Debit | 0347 P.O.S. PURCHASE LOWE'S #10 734 SOUTH G GILBERT AZ | ✓ | $78.06 | $11,166.62 |
| 06/01/2010 | Debit | 0347 P.O.S. PURCHASE LOWE'S #10 734 SOUTH G GILBERT AZ | ✓ | $96.35 | $11,244.68 |
| 06/01/2010 | Deposit | DEPOSIT | ✓ | $9,003.25 | $11,341.03 |
| 05/28/2010 | Debit | 0347 P.O.S. PURCHASE WALGREEN C SWC GILBERT GILBERT AZ | ✓ | $28.61 | $2,337.78 START |
| 05/28/2010 | Debit | 2461043H309F6G3ZJ 8347 THE HOME DEPOT #0422 PAYSON AZ | ✓ | $62.59 | $2,366.39 |

Transaction Status Legend:

✓ Cleared　　● New　　▦ Scheduled　　⇌ In Progress　　✗ Problem

Case Number: R-09-26614-PHX-RTB

# CASH SUMMARY
## INDIVDUAL DEBTOR

Attach a copy of the Bank Statements to the Report

| | Post-Petition Debtor-in-Possession Accounts ||| | TOTAL |
| | Cash | Checking | Savings | | |
|---|---|---|---|---|---|
| | | # 210-7 | # | # | |
| Balance at Beginning of Period | | 11.84 | | | |
| **RECEIPTS** | | | | | |
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| Transfers from Other DIP Accounts | | 2800.— | | | |
| Other (attach list) | | | | | |
| SEWING INCOME | | 25.— | | | |
| | | | | | |
| TOTAL RECEIPTS | | 2825.— | | | |
| TOTAL DISBURSEMENTS | | 2804.14 | | | * |
| Balance at End of Month | | 32.70 | | | |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name<br>Acct # | | | | - |
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |

| **DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | 2804.14 * |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus: Payroll Deductions (from page 3) | |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less: Transfers between debtor-in-possession bank accounts | 2800.— |
| Total Disbursements for Calculating Quarterly Fees | |

Case Number: 2-09-26614-PHX-RTB

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

Month: JUNE - 2010
Account # 210-7
Bank Name: NATIONAL BANK OF AZ

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total Cash/Electronic Disbursements |  |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
|  |  | SEE ATTACHED |  |  |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay* | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Co-Debtor |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  | Total Payroll Deductions - report on page 2 |  |  |

* Net Pay should include direct deposits made by your employer to your checking and savings accounts.

# National Bank
OF ARIZONA

Messages   Prefs   Help   Log Out

| SUMMARY | ACCOUNTS | BILL PAY | TRANSFERS | SERVICES |
|---|---|---|---|---|
| ○ Balances | ● Activity | ○ eStatements | ○ Search | |

# Activity

Use this screen to review transactions for a specific period of time. You can select a different account or period of time.

### Senior Checking - xxx-xx210-7

**View Account:**
Senior Checking - xxx-xx210-7

**View Transactions:**
● From: 05/26/2010 to: 07/14/2010
○ Display [ ] days

Prior Day Balance: $ 271.52
Current Balance: $ 271.52
Available Balance: $ 271.52

( Change View! )

*Note: Debit card transactions will appear as intraday transactions ("in progress") until they clear.

**Printer-Friendly Version**

Transactions between 05/26/2010 and 07/14/2010

| Date ▼ | Transaction | Description | Status | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|---|---|
| 07/13/2010 | Debit | 2435178JHGYTFKNXJ IVP*FUSHIGI 800-7652994 NJ | ✓ | $ 26.98 | | $ 271.52 |
| 07/13/2010 | Debit | 2449280JH3DWMMABT ASURION WIRELESS INSURANC 866-6672535 TN | ✓ | $ 39.00 | | $ 298.50 |
| 07/12/2010 | Debit | 2438894JG6NQ8613E ACE HARDWARE OVERGAARD AZ | ✓ | $ 13.46 | | $ 337.50 |
| 07/12/2010 | Debit | 2407105JGWPBRSNNJ BUGLES GRAZING & GUZZL FOREST LAKES AZ | ✓ | $ 27.46 | | $ 350.96 |
| 07/12/2010 | Debit | P.O.S. PURCHASE Wal-Mart S 2768 WAL-SA MESA AZ | ✓ | $ 36.28 | | $ 378.42 |
| 07/12/2010 | Transfer Credit | INTERNET XFER FROM DDA WISE W ID: 000002585 | ✓ | | $ 200.00 | $ 414.70 |
| 07/09/2010 | Debit | P.O.S. PURCHASE THE HOME D 2000 NORTH PAYSON AZ | ✓ | $ 3.05 | | $ 214.70 |
| 07/09/2010 | Debit | 2416407JD7DLYT201 SUBWAY 00232793 MESA AZ | ✓ | $ 15.78 | | $ 217.75 |
| 07/08/2010 | Check 2046 | CHECK | ✓ | $ 100.00 | | $ 233.53 |
| 07/08/2010 | Check 2045 | CHECK | ✓ | $ 880.00 | | $ 333.53 |
| 07/08/2010 | Debit | 2405523JD8ABF44FX MARGARITA NAILS & SPA GILBERT AZ | ✓ | $ 30.00 | | $ 1,213.53 |
| 07/08/2010 | Debit | P.O.S. PURCHASE WAL-MART # 1955 SO. ST MESA AZ | ✓ | $ 69.42 | | $ 1,243.53 |
| 07/07/2010 | Debit | Cox Comm - PHX CHECK PY 2047 REF # 010188005842854 | ✓ | $ 165.95 | | $ 1,312.95 |
| 07/07/2010 | Debit | VZ WIRELESS ARC ARC 2044 REF # 010187005669081 | ✓ | $ 215.48 | | $ 1,498.90 |
| 07/07/2010 | Debit | P.O.S. PURCHASE Wal-Mart S 2768 WAL-SA MESA AZ | ✓ | $ 60.06 | | $ 1,714.38 |
| 07/06/2010 | Debit | 2416407J8V3EFHTP2 AMC MESA GRAND04001038 Mesa AZ | ✓ | $ 10.50 | | $ 1,774.44 |
| 07/06/2010 | Debit | 2401339JA0JE7ZA36 FREDDYS FROZEN CUSTARD GI GILBERT AZ | ✓ | $ 10.97 | | $ 1,784.94 |
| 07/06/2010 | Debit | 2416407J8V3EFJ09F AMC MESA GRAND04001038 Mesa | ✓ | $ 18.00 | | $ 1,795.91 |

| Date | Type | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 06/23/2010 | Debit | 2405523HY6169L8LJ WHOLE GRAIN NAT BREAD CO MESA AZ | ✓ | $ 15.50 | $ 122.72 |
| 06/22/2010 | Debit | P.O.S. PURCHASE FRESH & EA 750 N GIBER GILBERT AZ | ✓ | $ 7.52 | $ 138.22 |
| 06/21/2010 | Debit | 2405523HS8ABEY7B1 MARGARITA NAILS & SPA GILBERT AZ | ✓ | $ 5.00 | $ 145.74 |
| 06/21/2010 | Debit | P.O.S. PURCHASE 99 CENT ST 750 N Gilbe Gilbert AZ | ✓ | $ 7.73 | $ 150.74 |
| 06/21/2010 | Debit | P.O.S. PURCHASE PETSMART I 1733 S STAP MESA AZ | ✓ | $ 9.88 | $ 158.47 |
| 06/21/2010 | Debit | P.O.S. PURCHASE JOANN STOR 965 S GILBE MESA AZ | ✓ | $ 20.02 | $ 168.35 |
| 06/21/2010 | Transfer Credit | INTERNET XFER FROM DDA WSE W ID: 000001970 | ✓ | $ 100.00 | $ 188.37 |
| 06/16/2010 | Debit | 2442733HNLYJL4JDL SONIC DRIVE IN #3729 GILBERT AZ | ✓ | $ 11.82 | $ 88.37 |
| 06/14/2010 | Debit | P.O.S. PURCHASE QT 469 2761 E BASE GILBERT AZ | ✓ | $ 4.20 | $ 100.19 |
| 06/14/2010 | Debit | 2449398HL60W1F6KM OREGANO'S PIZZA BISTRO GILBERT AZ | ✓ | $ 29.27 | $ 104.39 |
| 06/14/2010 | Debit | P.O.S. PURCHASE MICHAELS # 2060 E BASE MESA AZ | ✓ | $ 41.69 | $ 133.66 |
| 06/10/2010 | Debit | 2442513HGEPMZE5EL BUBBA GUMP REST #337 LONG BEACH CA | ✓ | $ 20.87 | $ 175.55 |
| 06/10/2010 | Debit | P.O.S. PURCHASE FRYS FOOD 1845 E. BAS GILBERT AZ | ✓ | $ 97.94 | $ 196.42 |
| 06/09/2010 | Check 2043 | CHECK | ✓ | $ 79.58 | $ 294.36 |
| 06/09/2010 | Check 2038 | CHECK | ✓ | $ 680.00 | $ 373.94 |
| 06/08/2010 | Debit | VZ WIRELESS ARC ARC 2037 REF # 010158004659775 | ✓ | $ 213.55 | $ 1,253.94 |
| 06/07/2010 | Check 2041 | CHECK | ✓ | $ 4.00 | $ 1,467.49 |
| 06/07/2010 | Check 2040 | CHECK | ✓ | $ 40.00 | $ 1,471.49 |
| 06/07/2010 | Check 2039 | CHECK | ✓ | $ 100.00 | $ 1,511.49 |
| 06/07/2010 | Debit | Cox Comm - PHX CHECK PY 2042 REF # 010158004036215 | ✓ | $ 186.86 | $ 1,611.49 |
| 06/07/2010 | Debit | P.O.S. PURCHASE HIGLEY FEE 3091 E WILL GILBERT AZ | ✓ | $ 36.11 | $ 1,798.35 |
| 06/07/2010 | Debit | P.O.S. PURCHASE FRYS FOOD 1845 E. BAS GILBERT AZ | ✓ | $ 46.12 | $ 1,834.46 |
| 06/07/2010 | Debit | P.O.S. PURCHASE Wal-Mart S 2768 WAL-SA MESA AZ | ✓ | $ 70.30 | $ 1,880.58 |
| 06/04/2010 | Debit | P.O.S. PURCHASE SAM'S Club 6605 WAL-SA GILBERT-PH AZ | ✓ | $ 4.33 | $ 1,950.88 |
| 06/04/2010 | Debit | P.O.S. PURCHASE WAL-MART # 1955 SO. ST MESA AZ | ✓ | $ 12.74 | $ 1,955.21 |
| 06/04/2010 | Debit | P.O.S. PURCHASE Fantastic Fantastic S Mesa AZ | ✓ | $ 29.98 | $ 1,967.95 |
| 06/04/2010 | Debit | P.O.S. PURCHASE VERIZON W 1935 SOUTH MESA AZ | ✓ | $ 32.70 | $ 1,997.93 |
| 06/04/2010 | Debit | P.O.S. PURCHASE SAMSCLUB # 1225 N GILB GILBERT-PH AZ | ✓ | $ 37.51 | $ 2,030.63 |
| 06/04/2010 | Debit | P.O.S. PURCHASE SAMSCLUB # 1225 N GILB GILBERT-PH AZ | ✓ | $ 51.00 | $ 2,068.14 |
| 06/04/2010 | Debit | P.O.S. PURCHASE WAL-MART # 1955 SO. ST MESA AZ | ✓ | $ 82.44 | $ 2,119.14 |

| Date | Type | Description | Status | Amount | Balance |
|---|---|---|---|---|---|
| 06/04/2010 | Debit | P.O.S. PURCHASE Wal-Mart S 2768 WAL-SA MESA AZ | ✓ | $117.28 | $2,201.58 |
| 06/02/2010 | Debit | P.O.S. PURCHASE SAMSCLUB # 1225 N GILB GILBERT-PH AZ | ✓ | $63.28 | $2,318.86 |
| 06/02/2010 | Debit | P.O.S. PURCHASE WAL-MART # 1955 SO. ST MESA AZ | ✓ | $117.64 | $2,382.14 |
| 06/02/2010 | Transfer Credit | INTERNET XFER FROM DDA WISE W ID: 000000177 | ✓ | $2,000.00 | $2,499.78 |
| 06/01/2010 | Debit | P.O.S. PURCHASE TRADER JOE 2050 EAST B MESA AZ | ✓ | $12.06 | $499.78 |
| 06/01/2010 | Transfer Credit | INTERNET XFER FROM DDA WISE W ID: 000001440 | ✓ | $500.00 | $511.84 |
| 05/26/2010 | Debit | 2461043H12329WL7A DUNKIN #346285 Q35 MESA AZ | ✓ | $2.89 | $11.84 |
| 05/26/2010 | Debit | 2469216H2001RQ8WL AOL* SERVICE 0510 800-827-6364 NY | ✓ | $24.95 | $14.73 |

**Transaction Status Legend:**

✓ Cleared   • New   ▦ Scheduled   ⇌ In Progress   ✕ Problem

For customer service inquiries, please Contact Us 1-800-497-8168

Accounts | Payments | Transfers | Services

Copyright Information

https://banking.nbarizona.com/nba/userServlet/app/bank/user/register_view_main                 7/14/2010

Case Number: 2-09-26614-PHX-RTB

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | 17,388.59 | | |
| Less: Returns & Discounts | | | |
| Net Revenue | 17,388.59 | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | | | |
|---|---|---|---|

# STATUS OF LIABILITIES AND SENSITIVE PAYMENTS

Case Number: 2-09-26614-PHX-RTB

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | ALL CURRENT | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

### Insiders

| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

### Professionals

| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 8

Case Number: 2-09-06614-PHX-RTB                STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | ON FILE | | | |
| Equipment | | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____
_____

Page 7

Case Number: 2-09-26614-PHX-RTB

# CASE STATUS

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? | X | |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | |
| Are any wages past due? | | |
| Are any U. S. Trustee quarterly fees delinquent? | | |

Provide a detailed explanation of any "YES" answers to the above questions (attach additional sheets if needed).

ONE ACCT W/ FARMERS CR UN

Current number of employees: ___

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| FARMERS - ON FILE | HO | | |
| | BUSINESS | | |
| | AUTOS | | |
| | SECONDARY HOME | | |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

CONTINUE TO MARKET CABIN

**Identify any matters that are delaying the filing of a plan of reorganization:**

Page 9